UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARTIN ALCOSER | CIVIL ACTION |
| VERSUS | NO-12-2689-KDE-SS |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on September 30, 2013 (Rec. Doc. No. 16), hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration, for summary judgment (Rec. doc. 13) is GRANTED and the motion of the plaintiff, Martin J. Alcoser, for summary judgment (Rec. doc. 12) is DENIED.

New Orleans, Louisiana, this 2nd day of October, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE